# EXHIBIT B

| Form 668-A(ICS) (Jan. 2003) | Department of the Treasury – Internal Revenue Service **Notice of Levy** |
|---|---|

DATE: **05/26/2005**
REPLY TO: Internal Revenue Service
    ROBERT F. KAY
    1 MONTVALE AVE.
    STONEHAM, MA 02180

TELEPHONE NUMBER
OF IRS OFFICE: **(781)835-4249**

TO: **IRON MOUNTAIN**
    **1000 CAMPUS DR**
    **COLLEGEVILLE, PA 19426**

NAME AND ADDRESS OF TAXPAYER:
**L&L TEMPORARIES INC**
**101 TREMONT ST SUITE 515**
**BOSTON, MA 02108-5004**

IDENTIFYING NUMBER(S): **02-0581393**
L&LT

THIS IS NOT A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 941 | 06/30/2004 | 144874.84 | 17708.81 | 162583.65 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⇒

Total Amount Due: 162583.65

We figured the interest and late payment penalty to **06-25-2005**

    The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property *(such as money, credits, and bank deposits)* that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

    **Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days** from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

    Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number*(s)* shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

**To respond to this levy —**
1. Make your check or money order payable to **United States Treasury.**
2. Write the taxpayer's name, identifying number*(s)*, kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order *(not on a detachable stub.)*.
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative **ROBERT F. KAY** *(signature)* | Title **REVENUE OFFICER** |
|---|---|

Part 1 — For Addressee      Catalog No. 35389E    www.irs.gov      Form 668-A(ICS) (1-2003)

| Form 668-A(ICS) (Jan. 2003) | Department of the Treasury – Internal Revenue Service **Notice of Levy** |
|---|---|
| DATE: 05/26/2005 | TELEPHONE NUMBER OF IRS OFFICE: **(781)835-4249** |
| REPLY TO: Internal Revenue Service ROBERT F. KAY 1 MONTVALE AVE. STONEHAM, MA 02180 | |
| TO: IRON MOUNTAIN 1000 CAMPUS DR COLLEGEVILLE, PA 19426 | NAME AND ADDRESS OF TAXPAYER: L&L TEMPORARIES INC 101 TREMONT ST SUITE 515 BOSTON, MA 02108-5004 |

IDENTIFYING NUMBER(S): 02-0581393

L&LT

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 941 | 06/30/2004 | 144874.84 | 17708.81 | 162583.65 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⇒

| Total Amount Due | 162583.65 |
|---|---|

We figured the interest and late payment penalty to **06-25-2005**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days** before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury**. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative /S/ ROBERT F. KAY | Title **REVENUE OFFICER** |
|---|---|

Part 2 –    For Taxpayer    Catalog No. 35389E    www.irs.gov    Form **668-A(ICS)** (1-2003)

| Form 668-A(ICS)<br>(Jan. 2003) | Department of the Treasury – Internal Revenue Service<br>**Notice of Levy** |
|---|---|

DATE: 05/26/2005

REPLY TO: Internal Revenue Service
ROBERT F. KAY
1 MONTVALE AVE.
STONEHAM, MA 02180

TELEPHONE NUMBER
OF IRS OFFICE: (781)835-4249

TO: IRON MOUNTAIN
1000 CAMPUS DR
COLLEGEVILLE, PA 19426

NAME AND ADDRESS OF TAXPAYER:
L&L TEMPORARIES INC
101 TREMONT ST SUITE 515
BOSTON, MA 02108-5004

IDENTIFYING NUMBER(S): 02-0581393
L&LT

THIS IS NOT A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 941 | 06/30/2004 | 144874.84 | 17708.81 | 162583.65 |

| | Total Amount Due | 162583.65 |
|---|---|---|

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT.================================ ⇒

We figured the interest and late payment penalty to **06-25-2005**

    The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property *(such as money, credits, and bank deposits)* that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

    **Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days** from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

    Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

**To respond to this levy —**
1. Make your check or money order payable to **United States Treasury.**
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order *(not on a detachable stub.).*
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative<br>/S/ ROBERT F. KAY | Title<br>REVENUE OFFICER |
|---|---|

**Part 3 –**   Complete and return to IRS   Catalog No. 35389E   www.irs.gov   Form 668-A(ICS) (1-2003)