AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.

**SUMMONS IN A CIVIL CASE**

V.

L&L TEMPORARIES, INC., FLEXIBLE FUNDING, LLC,
and THE UNITED STATES OF AMERICA THROUGH
THE INTERNAL REVENUE SERVICE

CASE NUMBER:

**05 10979 DPW**

TO: (Name and address of Defendant)
L&L Temporaries, Inc.
101 Tremont Street
Boston, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Larry L. Varn and Samual A. Miller
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON        JUN - 9 2005

CLERK                    DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/15/05 |
| NAME OF SERVER (PRINT)  Leonard Milligan | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served personally upon Dennis O'leary, Staffing Coordinator accepting on behalf of L &L Temporaries

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/15/05
                 Date

Signature of Server

6 Beacon Street, Boston , MA 02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.