# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.

### SUMMONS IN A CIVIL CASE

V.

L&L TEMPORARIES, INC., FLEXIBLE FUNDING, LLC,
and THE UNITED STATES OF AMERICA THROUGH
THE INTERNAL REVENUE SERVICE

CASE NUMBER:

**05 10979 DPW**

TO: (Name and address of Defendant)  The United States of America through the Internal Revenue Service

①  c/o Civil Process Clerk,
U.S. Attorney for the District
of Massachusetts
United States Courthouse  -and-
1 Courthouse Way
Boston, MA  02210

②  c/o Attorney General of
the United States
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530-0001

- and -

③  c/o Internal Revenue
Service
1 Montvale Avenue
Stoneham, MA  02180

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Larry L. Varn and Samual A. Miller
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109

an answer to the complaint which is herewith served upon you, within __sixty (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON



JUN -   2005

CLERK                                                      DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/15/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Leonard Milligan | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____Served personally upon Ilona Ferrara accepting of the Civil Process Clerk for the U.S. Attorney for Massachusetts_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/15/05
            Date

Signature of Server

6 Beacon Street, Boston, MA 02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 16, 2005 |
| NAME OF SERVER (PRINT)  Jill LeBlanc | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): __By sending copies via United States Postal Service Certified Mail to Attorney General of the United States, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530-0001.  See attached receipts.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 16, 2005          *[signature: Jill LeBlanc]*
             Date                    Signature of Server

                                     6 Beacon St., Boston, MA 02108
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 16, 2005 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Jill LeBlanc | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By sending copies via United States Postal Service Certified Mail to Internal Revenue Service, 1 Montvale Ave., Stoneham, MA 02180. See attached receipts.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 16, 2005    *[signature: Jill LeBlanc]*
              Date              Signature of Server

6 Beacon Street, Boston, MA 02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
STONEHAM, MA 02180

| | | |
|---|---|---|
| Postage | $ | 3.13 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.18 |

UNIT ID: 0009
Postmark Here
Clerk: KS3WXC
06/16/05

Sent To: Internal Revenue Service
Street, Apt. No.; or PO Box No.: 1 Montvale Avenue
City, State, ZIP+4: Stoneham, MA 02180

Article Number: 7005 0390 0006 3993 1182

PS Form 3800, June 2002      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Internal Revenue Service
   1 Montvale Ave.
   Stoneham, MA
   02180

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _CJ Bergnn_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0006 3993 1182

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540