UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:05-10979 DPW

| | |
|---|---|
| **IRON MOUNTAIN INFORMATION MANAGEMENT, INC.**<br><br>Interpleader-Plaintiff,<br><br>v.<br><br>**L&L TEMPORARIES, INC., FLEXIBLE FUNDING, LLC, and THE UNITED STATES OF MERICAL THROUGH THE INTERNAL REVENUE SERVICE,**<br><br>Interpleader Defendants. | **NOTICE OF APPEARANCE** |

Please enter Eric P. Magnuson's appearance as counsel for Flexible Funding, LLC in the above-captioned action.

Respectfully submitted,

/s/ Eric P. Magnuson
**Eric P. Magnuson (BBO # 643805)**
*emagnuson@nutter.com*
**Nutter, McClennen & Fish, LLP**
**World Trade Center West**
**155 Seaport Boulevard**
**Boston, MA 02210-2604**
**(617) 439-2000**

Dated: August 15, 2005

1454450.1