UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:05-10979 DPW

| | |
|---|---|
| **IRON MOUNTAIN INFORMATION MANAGEMENT, INC.**<br><br>　Interpleader-Plaintiff,<br><br>v.<br><br>**L&L TEMPORARIES, INC., FLEXIBLE FUNDING, LLC, and THE UNITED STATES OF MERICAL THROUGH THE INTERNAL REVENUE SERVICE,**<br><br>　Interpleader Defendants. | **CORPORATE DICLOSURE STATEMENT OF FLEXIBLE FUNDING, LLC** |

In accordance with LR 7.3, Flexible Funding, LLC ("Flexible") makes following corporate disclosure statement. Flexible, a limited liability company, has no parent corporation. In addition, no publicly held company owns a 10% or greater interest in Flexible.

　　　　　　　　　　　　　　　　　　FLEXIBLE FUNDING, LLC,

　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　/s/ Eric P. Magnuson_____
　　　　　　　　　　　　　　　　　　**Richard S. Rosenstein (BBO # 429100)**
　　　　　　　　　　　　　　　　　　*rrosenstein@nutter.com*
　　　　　　　　　　　　　　　　　　**Eric P. Magnuson (BBO # 643805)**
　　　　　　　　　　　　　　　　　　*emagnuson@nutter.com*
　　　　　　　　　　　　　　　　　　**Nutter, McClennen & Fish, LLP**
　　　　　　　　　　　　　　　　　　**World Trade Center West**
　　　　　　　　　　　　　　　　　　**55 Seaport Boulevard**
　　　　　　　　　　　　　　　　　　**Boston, MA 02210**
　　　　　　　　　　　　　　　　　　**(617) 439-2000**

**Dated: August 15, 2005**

1454469.1