UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,<br><br>Interpleader-Plaintiff,<br><br>v.<br><br>L&L TEMPORARIES, INC., FLEXIBLE FUNDING, LLC, and THE UNITED STATES OF AMERICA THROUGH THE INTERNAL REVENUE SERVICE,<br><br>Interpleader-Defendants. | CIVIL ACTION<br>NO: 1:05-10979 DPW |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Pursuant to Local Rule 40.3, Interpleader-Plaintiff Iron Mountain Information Management, Inc. ("Iron Mountain") and Interpleader-Defendant the United States of America through the Internal Revenue Service (the "IRS," and together with Iron Mountain, the "Parties"), through their respective counsel, hereby move, for the first time in this action, to continue the scheduling conference currently scheduled for October 13, 2005, in this action to a date and time convenient for the Court in November 2005.

There is good cause to continue the scheduling conference. The Parties, with Interpleader-Defendant Flexible Funding, LLC, are actively discussing a global resolution of this action in the most cost-effective manner; a motion to transfer to this Court a related action originally filed in the United States District Court for the Northern District of California was recently granted; and Iron Mountain is preparing to amend it's Complaint for interpleader, declaratory judgment and injunctive relief to correct a

{B0450252; 1}

historical allegation. In support of this motion, the Parties have filed a memorandum of law and reasons.

WHEREFORE, the Parties respectfully request the Court enter an order continuing the scheduling conference to a date and time convenient for the Court in November 2005.

Dated: October 11, 2005

| **IRON MOUNTAIN INFORMATION MANAGEMENT, INC.** | **THE UNITED STATES OF AMERICA THROUGH THE INTERNAL REVENUE SERVICE** |
|---|---|
| By its attorneys, | By its attorneys, |
| _____/s/ Samual A. Miller_____ | _____/s/ Lydia Bottome Turanchik_____ |
| Larry L. Varn (BBO #508130) | Lydia Bottome Turanchik |
| *lvarn@sandw.com* | Trial Attorney, Tax Division |
| Samual A. Miller (BBO #648568) | U.S. Department of Justice |
| *smiller@sandw.com* | Post Office Box 55 |
| SULLIVAN & WORCESTER LLP | Ben Franklin Station |
| One Post Office Square | Washington, D.C. 20044 |
| Boston, Massachusetts  02109 | (202) 307-6560 |
| (617) 338-2800 | |

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Undersigned counsel for Iron Mountain certifies that counsel for Iron Mountain has conferred with counsel for all other parties that have appeared in a good-faith attempt to resolve or narrow the issues presented herein.  IRS joined this motion and counsel found Flexible Funding has yet to respond.

_____/s/ Samual A. Miller_____
Samual A. Miller