UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC., <br><br> Interpleader-Plaintiff, <br><br> v. <br><br> L&L TEMPORARIES, INC., FLEXIBLE FUNDING, LLC, and THE UNITED STATES OF AMERICA THROUGH THE INTERNAL REVENUE SERVICE, <br><br> Interpleader-Defendants. | CIVIL ACTION NO. 1:05-10979-DPW |

### NOTICE OF APPEARANCE OF CHRISTOPHER P. LITTERIO, ESQUIRE

Kindly enter my appearance as counsel for interpleader-defendant, Flexible Funding, LLC, in the above captioned matter.

Respectfully submitted,

_____
Christopher P. Litterio (BBO#551098)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, MA  02114
(617) 742-4200

Dated: November 17, 2005

### CERTIFICATE OF SERVICE

I, Christopher P. Litterio, hereby certify that on this 17th day of November, 2005, I did serve a true copy of the within document, upon counsel of record for each other party, via first class mail, postage prepaid

_____

U:\PM\CPL\Flexible Funding\Pleadings\USDC\Appearance.doc