UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:05-10979 DPW

| | |
|---|---|
| **IRON MOUNTAIN INFORMATION MANAGEMENT, INC.**<br><br>    Interpleader-Plaintiff,<br><br>v.<br><br>**L&L TEMPORARIES, INC., FLEXIBLE FUNDING, LLC, and THE UNITED STATES OF MERICAL THROUGH THE INTERNAL REVENUE SERVICE,**<br><br>    Interpleader Defendants. | **MOTION FOR LEAVE TO WITHDRAW** |

Pursuant to LR 83.5.2(c), Richard S. Rosenstein and Eric P. Magnuson request leave to withdraw from this case. Christopher Litterio, an attorney with Ruberto, Israel & Weiner, P.C., has submitted his appearance on Flexible Funding, LLC's behalf.

| | |
|---|---|
| /s/ Richard S. Rosenstein_____<br>Richard S. Rosenstein (BBO # 429100)<br>Nutter, McClennen & Fish, LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br>(617) 439-2000 | /s/ Eric P. Magnuson_____<br>Eric P. Magnuson (BBO # 643805)<br>Nutter, McClennen & Fish, LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br>(617) 439-2000 |

**Dated: November 23, 2005**

**[L.R. 7.1 Certification appears on following page.]**

- 2 -

## LR 7.1 CERTIFICATION

      **In accordance with LR 7.1, I have conferred with counsel of record. The non-moving parties appearing in this action do not object to this motion.**[*]

                                                                                      _____
                                                                                           Eric P. Magnuson

**1478742.1**

---

[*] **As of the date hereof, L&L has not appeared in this litigation.**

- 2 -