UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,**
    **Plaintiff**

**CIVIL ACTION NO. 05-10979-DPW**

v.

**L&L TEMPORARIES, INC, ET AL,**
    **Defendant**

------------------------------------------------------------------

**FLEXIBLE FUNDING LLC,**
    **Plaintiff**

**CIVIL ACTION NO. 05-12071-DPW**

v.

**IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,**
    **Defendant**

### ORDER RE: CONSOLIDATION

WOODLOCK, District Judge

    After a hearing held on November 29, 2005, CA 05-12071 FLEXIBLE FUNDING LLC V. IRON MOUNTAIN INFORMATION MANAGEMENT, INC. was transferred from Judge Lindsay to Judge Douglas P. Woodlock as related to CA 05-10979 IRON MOUNTAIN INFORMATION MANAGEMENT, INC V. L&L TEMPORARIES, INC. ET AL.  It is hereby ORDERED that Civil Action No.05-10979-DPW and Civil Action No. 05-12071-DPW  be, and they hereby are, CONSOLIDATED. Any further filings in these cases shall indicate the lead docket as Civil Action No. 05-10979-DPW.

                                         BY THE COURT,

                                         /s/ Michelle Rynne
DATED: November 18, 2005           Deputy Clerk