# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Iron Mountain Information Management, Inc.

V.

L&L Temporaries, Inc., et al.

Flexible Funding, LLC

v.

Iron Mountain Information Management, Inc.

v.

L&L Temporaries, Inc. and Susan Yerdon

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-10979DPW**

TO: (Name and address of Defendant)

L&L Temporaries, Inc.
101 Tremont Street
Boston, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Larry L. Varn
Samual A. Miller
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK   SARAH A. THORNTON

DATE   12·12·05

(By) DEPUTY CLERK

⬥AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  December 14, 2005 |
| NAME OF SERVER *(PRINT)*   Jill LeBlanc | TITLE   Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon L&L Temporaries, Inc. by delivering copies in hand to Russell Barnaby, Vice President, authorized to accept service, at 101 Tremont Street, Boston, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 14, 2005      *[signature: Jill LeBlanc]*
                    Date                Signature of Server

                                        6 Beacon Street, Boston, MA 02108
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.