# UNITED STATES DISTRICT COURT

District of Massachusetts

Iron Mountain Information Management, Inc.

V.

L&L Temporaries, Inc., et al.

**SUMMONS IN A CIVIL CASE**

Flexible Funding, LLC

v.

Iron Mountain Information Management, Inc.

v.

L&L Temporaries, Inc. and Susan Yerdon

CASE NUMBER: 05-10979DPW

TO: (Name and address of Defendant)

Susan Yerdon
1 Riverview Boulevard, 4-203
Methuen, Massachusetts 01844

L&L Temporaries, Inc.
101 Tremont Street
Boston, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Larry L. Varn
Samual A. Miller
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

12-12-05

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE December 16, 2005 |
|---|---|
| NAME OF SERVER *(PRINT)* Dominic Rivers | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: In hand upon Susan Yerdon at 101 Tremont St. (5th Floor), Boston, Massachusetts.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 19, 2005
Date

[signature]
*Signature of Server*

6 Beacon St. #825 Boston, MA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.