UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IRON MOUNTAIN INFORMATION    )
MANAGEMENT, INC.,                   )
                                            )
        Plaintiff,                      )
                                            )    CIVIL ACTION NO. 05-10979-DPW
        v.                              )
                                            )
L&L TEMPORARIES, INC., ET AL.,    )
                                            )
        Defendants.                 )
_____)
                                            )
FLEXIBLE FUNDING, LLC,           )
                                            )
        Plaintiff,                      )
                                            )
        v.                              )    CIVIL ACTION No. 05-12071-DPW
                                            )
IRON MOUNTAIN INFORMATION    )
MANAGEMENT, INC.,                   )
                                            )
        Defendant and Third-Party   )
        Plaintiff,                      )
                                            )
        v.                              )
                                            )
L&L TEMPORARIES, INC. and       )
SUSAN YERDON,                      )
                                            )
        Third-Party Defendants.      )
_____)

## CERTIFICATE OF SERVICE

     I, Samual A. Miller, an attorney with the law firm Sullivan & Worcester LLP, hereby certify that on this date, in addition to notice that was electronically mailed to counsel according to the Notice of Electronic Filing, a true copy of **Iron Mountain Information Management, Inc.'s Request for Entry of Default against L&L Temporaries, Inc. and Susan Yerdon** and

the **Affidavit of Samual A. Miller** filed in support thereof, were served by first-class mail, postage prepaid, upon each of the following counsel:

Brendan F. MaCaulay
Nossaman, Gutherner, Knox & Elliott, LLP
50 California Street
34th Floor
San Francisco, California  94111

-and-

Catherine Robertson
Pahl & Gosselin
160 West Santa Clara Street
14th Floor
San Jose, California  95113

March 2, 2006                                  /s/ Samual A. Miller
                                               Samual A. Miller (BBO #648568)
                                               Email:  smiller@sandw.com
                                               SULLIVAN & WORCESTER LLP
                                               One Post Office Square
                                               Boston, MA  02109
                                               Telephone:  (617) 338-2800