UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> L&L TEMPORARIES, INC., ET AL., <br><br> Defendants. | CIVIL ACTION NO. 05-10979-DPW |
| FLEXIBLE FUNDING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> IRON MOUNTAIN INFORMATION MANAGEMENT, INC., <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> L&L TEMPORARIES, INC. and SUSAN YERDON, <br><br> Third-Party Defendants. | CIVIL ACTION No. 05-12071-DPW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Iron Mountain Information Management, Inc. ("Iron Mountain"), Flexible Funding, LLC ("Flexible Funding"), and the United States of America through the Internal Revenue Service (the "United States") hereby stipulate and agree

that any claims asserted in any pleadings in these actions (i) by Iron Mountain against Flexible Funding; (ii) by Iron Mountain against the United States; and (iii) by Flexible Funding against Iron Mountain, be and hereby are dismissed with prejudice and without costs by or against any of Iron Mountain, Flexible Funding, or the United States, and with all rights of appeal waived. L&L Temporaries, Inc. and Susan Yerdon (together, "L&L Temporaries") have not appeared in this action and this stipulation of dismissal does not apply to L&L Temporaries in this or any other action.

Dated: March 3, 2006

**IRON MOUNTAIN INFORMATION MANAGEMENT, INC.**

By its attorneys,

_____/s/ Samual A. Miller_____
Larry L. Varn (BBO #508130)
lvarn@sandw.com
Samual A. Miller (BBO #648568)
smiller@sandw.com
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800

**FLEXIBLE FUNDING, LLC**

By its attorneys,

_____/s/ Christopher P. Litterio_____
Christopher P. Litterio (BBO #551098)
CPL@riw.com
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, Massachusetts 02114
(617) 742-4200

**THE UNITED STATES OF AMERICA**

By its attorneys,

_____/s/ Lydia Bottome Turanchik_____
Lydia Bottome Turanchik
Lydia.D.Bottome@usdoj.gov
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6560

## Certificate of Service

I hereby certify that **Stipulation of Dismissal with Prejudice** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 3, 2006.

/s/     Samual A. Miller