## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____   )
                                   )
IRON MOUNTAIN INFORMATION          )
MANAGEMENT, INC.,                  )
                                   )
      Plaintiff,                   )
                                   )   CIVIL ACTION NO. 05-10979-DPW
      v.                           )
                                   )
L&L TEMPORARIES, INC., ET AL.,     )
                                   )
      Defendants.                  )
_____)
                                   )
FLEXIBLE FUNDING, LLC,             )
                                   )
      Plaintiff,                   )
                                   )
      v.                           )   CIVIL ACTION No. 05-12071-DPW
                                   )
IRON MOUNTAIN INFORMATION          )
MANAGEMENT, INC.,                  )
                                   )
      Defendant and Third-Party    )
      Plaintiff,                   )
                                   )
      v.                           )
                                   )
L&L TEMPORARIES, INC. and          )
SUSAN YERDON,                      )
                                   )
      Third-Party Defendants.      )
_____)

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that a true copy of the

- Application for Judgment on Default (and the attached Exhibit A);

- Memorandum of Law in Support of Plaintiff's Application for Judgment by Default; and;

{B0517604; 1}

- Affidavit of Samual A. Miller (and the attached Exhibits A and B).

were served upon the following persons by the method indicated on May 5, 2006.

Kenneth R. Reisman, Esq.
997 Chestnut Street
Newton Upper Falls, Massachusetts 02464

*Attorney for L&L Temporaries and Susan Yerdon*
(by FedEx)

Susan Yerdon
1 Riverview Boulevard, #4-203
Methuen, Massachusetts 01844
(by FedEx)

L&L Temporaries
997 Chestnut Street
Newton Upper Falls, Massachusetts 02464
(by FedEx)

Dated: May 5, 2006                                  /s/ Samual A. Miller_____

{B0517604; 1}