UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC., <br><br>Plaintiff, <br><br>v. <br><br>L&L TEMPORARIES, INC., ET AL., <br><br>Defendants. | CIVIL ACTION NO. 05-10979-DPW |
| FLEXIBLE FUNDING, LLC, <br><br>Plaintiff, <br><br>v. <br><br>IRON MOUNTAIN INFORMATION MANAGEMENT, INC., <br><br>Defendant and Third-Party Plaintiff, <br><br>v. <br><br>L&L TEMPORARIES, INC. and SUSAN YERDON, <br><br>Third-Party Defendants. | CIVIL ACTION No. 05-12071-DPW |

## DEFAULT JUDGMENT

Defendant and Third-Party Defendant L&L Temporaries, Inc. and Third-Party Defendant Susan Yerdon having failed to plead or otherwise defend against either of the First Amended Complaint for Interpleader, Declaratory Judgment, and Injunctive and Compensatory Relief or

{B0513233; 2}

the Third-Party Complaint Against Susan Yerdon and L&L Temporaries, Inc. in this consolidated action and their default having been entered:

**NOW**, upon the application of Interpleader Plaintiff, Defendant, and Third-Party Plaintiff Iron Mountain Information Management, Inc. and upon review of the supporting memorandum of law and affidavit demonstrating that the Third-Party Defendants owe the Third-Party Plaintiff the sum of $85,000 and that this sum should be tripled under Mass. Gen. Laws c. 93A, § 11; that the Third-Party Defendants are not infants or incompetent persons or in the military service of the United States; and that the Third-Party Plaintiff has incurred attorneys' fees in the sum of $86,032.50, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that the Third-Party Plaintiff recover from Defendant and Third-Party Defendant L&L Temporaries, Inc. and Third-Party Defendant Susan Yerdon the sum of $341,032.50, with interest as provided by law.

Dated at Boston, Massachusetts, and entered upon the docket this 6th day of June, 2006.

By the Court,

*Douglas P. Woodlock*