UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.,
    Plaintiff,

                                    CIVIL ACTION NO. 05-10979-DPW
    v.

L&L TEMPORARIES, INC., ET AL.,
    Defendants.
_____

FLEXIBLE FUNDING, LLC,
    Plaintiff,

    v.                           CIVIL ACTION No. 05-12071-DPW

IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.,
    Defendant and Third-Party
    Plaintiff,

    v.

L&L TEMPORARIES, INC. and
SUSAN YERDON,
    Third-Party Defendants.

## **JUDGMENT**

WOODLOCK, D.J.

    In accordance with the STIPULATION of Dismissal with prejudice by The United States of America through the Internal Revenue Service, Iron Mountain Information Management, Inc., and Flexible Funding, LLC, filed March 3, 2006, and the Default Judgment issued June 6, 2006, it is hereby ORDERED, ADJUDGED AND DECREED:

    **Judgment for the Plaintiff and Third-Party Plaintiff Iron**

**Mountain Information Management, Inc. against Defendant and Third-Party Defendant L & L Temporaries, Inc. and Third-Party Defendant Susan Yerdon in the amount of $341,041.50 with interest as provided by law.**

					BY THE COURT,

					/s/ Michelle Rynne
					Deputy Clerk

June 16, 2006