UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC. <br>      Plaintiff <br>      v <br> L&L TEMPORARIES, INC., ET AL <br>      Defendants | Civil Action No. 05-10979-DPW |
| FLEXIBLE FUNDING, LLC <br>      Plaintiff <br>      v <br> IRON MOUNTAIN INFORMATION MANAGEMENT, INC. <br>      Defendant and Third Party Plaintiff <br>      v <br> L&L TEMPORARIES, INC. AND SUSAN YERDON <br>      Third Party Defendants | Civil Action No. 05-12071-DPW |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Iron Mountain Information Management, Inc. in the above entitled actions.  Iron Mountain Information Management Inc. is the Plaintiff in CA NO. 05-10979-DPW and the Defendant and Third Party Plaintiff in CA NO. 05-12071-DPW.

_____
Laurence K. Richmond, Esq.
Laurence K. Richmond & Associates, P.C.
1419 Hancock Street
Quncy, MA  02169
(617) 745-0090
BBO # 564920

CERTIFICATION

I hereby certify this Ninth day of March 2007 that this document filed through the ECF system will be sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and paper copies will be sent to those identified as non registered participants this same day.

Signed under the pains and penalties of perjury.

Laurence K. Richmond

Forms Ntc. Of Appearance - Iron Mountain