UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.,
Plaintiff

v.                                                    CIVIL ACTION NO. 05-10979-DPW

L&L TEMPORARIES, INC., ET AL.
Defendants.

---

FLEXIBLE FUNDING, LLC,
Plaintiff

v.                                                    CIVIL ACTION No. 05-12071-DPW

IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.
Defendant and Third-Party
Plaintiff,

v.

L&L TEMPORARIES, INC. and
SUSAN YERDON,
Third-Party Defendants.

---

## MOTION FOR ISSUANCE OF FIRST EXECUTION

Plaintiff and Third Party Plaintiff Iron Mountain Information Management, Inc. hereby moves this Honorable Court to issue to the undersigned moving party's Counsel, a First Execution, in the form filed herewith.

Wherefore the moving party prays that a First Execution be issued to the undersigned in due course consistent with applicable local rule and custom.

March 15, 2007

                      Plaintiff and Third Party Plaintiff by it's Attorney:

                      _____
                      LAURENCE K. RICHMOND, ESQUIRE
                      Laurence K. Richmond & Associates, P.C.
                      1419 Hancock Street, Suite 200
                      Quincy, MA 02169
                      (617) 745-0090
                      BBO# 564920

                                      CERTIFICATION

I herby certify this 15th day of March 2007 that this document filed through the ECF System will be sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and paper copies will be sent to those identified as non-registered participants this same day.

Signed under the pains and penalties of perjury.

_____
LAURENCE K. RICHMOND, ESQUIRE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**                                    CIVIL ACTION NO. 05-10979, 05-12071

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____any qualified and credentialed_____, Special Process Server:

WHEREAS _____Iron Mountain Information Management, Inc._____ has recovered judgment against Susan Yerdon and L&L Temporaries, Inc. _____ on the 16th day of June 2006, for the sum of $ 341,041.50, debt or damage, pre-judgment interest in the amount of $ -0-, and costs of this suit in the amount of $ -0-, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ 341,041.50, in the whole, with interest thereon at the rate of 5.13% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this ____ day of _____.

SEAL

SARAH A. THORNTON
CLERK OF COURT

By:_____
Deputy Clerk

(Execution 1st.wpd - 3/7/2005)